UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>$127,020.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　　　　Defendant. | Case No. 3:12-cv-00521-MMD-VPC<br><br>ORDER |

The Court previously granted the Motion for Judgment of Forfeiture (dkt. no. 12) before Plaintiff United States had the opportunity to respond to the Motion. Having reviewed the United States' response, the Court finds good cause to reconsider its previous order. The Court's Order (dkt. no. 13) is hereby WITHDRAWN. The Motion for Judgment of Forfeiture (dkt. no. 12) is DENIED.

DATED THIS 12th day of September 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE